BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:ENHANCED RECOVERY COMPANY, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION II | MDL No. 2717 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance was served via email through the CM/ECF system on April 20, 2016 to each of the following ECF recipients:

| | |
|---|---|
| **Todd M. Friedman**<br>**Adrian R. Bacon**<br>Law Offices of Todd Friedman PC<br>324 South Beverly Drive Suite 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>866-633-0228 (fax)<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com<br>Attorneys for John Carter Williams | **Lawrence Timothy Fisher**<br>Bursor and Fisher, PA<br>1990 N. California Blvd.<br>Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455<br>925-407-2700 (fax)<br>ltfisher@bursor.com<br>Attorney for Plaintiff Sheron Cook |
| **Ross Adam Appel**<br>**Emily Cornelia Komlossy**<br>Komlossy Law P.A.<br>4700 Sheridan Street, Suite J<br>Hollywood, FL 33021<br>(407) 756-0172<br>(954) 416-6223 (fax)<br><br>**Ronald Marron**<br>**Alexis M. Wood**<br>**Kas L. Gallucci**<br>Law Offices of Ronald A. Marron<br>651 Arroyo Drive<br>San Diego, CA 92103<br>619-696-9006<br>ron@consumersadvocates.com<br>alexis@consumersadvocates.com<br>kas@consumersadvocates.com<br>Attorneys for Sherryl Medina | |

| | |
|---|---|
| **Larissa G Nefulda**<br>Lewis Brisbois Bisgaard and Smith LLP<br>633 West 5th Street Suite 4000<br>Los Angeles, CA 90071<br>213-250-1800<br>213-250-7900 (fax)<br>Larissa.Nefulda@lewisbrisbois.com<br>Attorney for Defendant | **Richard Dean Rivera**<br>Smith, Gambrell and Russell<br>50 N. Laura St.<br>Ste. 2600<br>Jacksonville, FL 32202<br>(904) 598-6157<br>(904) 598-6257 (fax)<br>rrivera@sgrlaw.com<br>Attorney for Defendant |
| **Scott Stephen Gallagher**<br>Smith Gambrell & Russell<br>50 N Laura Street<br>Suite 2600<br>Jacksonville, FL 32202<br>904-598-6100<br>598-6300 (fax)<br>Attorney for Defendant | **David Jay Kaminski**<br>Carlson & Messer<br>5959 West Century Boulevard<br>Suite 1214<br>Los Angeles, CA 90045<br>310-242-2200<br>kaminskd@cmtlaw.com<br>Attorney for Defendant |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 20, 2016        By: /s/ *Abbas Kazerounian*
                                                  Abbas Kazerounian
                                                  **KAZEROUNI LAW GROUP, APC**
                                                  245 Fischer Avenue, Unit D1
                                                  Costa Mesa, CA 92626
                                                  Tel: (800) 400-6808
                                                  Fax: (800) 520-5523
                                                  E-mail: ak@kazlg.com
                                                  Counsel for Plaintiff, Danny Allen